UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

STANFORD DENTAL, PLLC,

    Plaintiff,

v.

THE HANOVER
INSURANCE GROUP, INC. *et al.*,

    Defendants.
_____/

Case No. 20-cv-11384
Hon. Matthew F. Leitman

## JUDGMENT

In accordance with the Opinion and Order issued on this date, **IT IS ORDERED AND ADJUDGED** that judgment is entered in favor of Defendants and against Plaintiff.

KINIKIA D. ESSIX
CLERK OF THE COURT

By: s/Kristen MacKay
Deputy Clerk

Approved:

s/Matthew F. Leitman
Matthew F. Leitman
United States District Court

Dated: February 10, 2021
Flint, Michigan

1